CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 20 2019
ARTHUR JOHNSTON
BY _____ DEPUTY

CITY: _____

COUNTY: Scott

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT ____ DOCKET # 3:19cr194HTW
SAME DEFENDANT ____ NEW DEFENDANT ____
MAGISTRATE JUDGE CASE NUMBER ____
R 20/ R 40 FROM DISTRICT OF ____

**DEFENDANT INFORMATION:**

JUVENILE: ____ YES _x_ NO

MATTER TO BE SEALED: ____ YES _x_ NO

NAME/ALIAS: Magdalena Mateo Pedro  a/k/a Denise Danielle Rivera

**U.S. ATTORNEY INFORMATION:**

AUSA  Kimberly T. Purdie   BAR # 104168

INTERPRETER: ____ NO _x_ YES  LIST LANGUAGE AND/OR DIALECT: Spanish

**LOCATION STATUS:**  ARREST DATE ____

____ ALREADY IN FEDERAL CUSTODY AS OF ____
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: 3   ____ PETTY   ____ MISDEMEANOR   3 FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1  18:911.F | 18 U.S.C. § 911 | False Claim to Citizenship | 1 |
| Set 2  18:1546.F | 18 U.S.C. § 1546(a) | User or Possession of Fraudulent Documents | 2 |
| Set 3  42:408.F | 42 U.S.C § 408(a)(7)(B) | Misuse of Social Security Number | 3 |
| Set 4 | | | |
| Set 5 | | | |

Date: 8/20/19   SIGNATURE OF AUSA: Kimberly Purdie

(Revised 2/26/10)